# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-355-GMN-(CWH) |
| MICKEY GINES, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court finds that on February 2, 2015, defendant MICKEY GINES pled guilty to Count One of a Thirty-Two Count Criminal Indictment charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349. Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant MICKEY GINES agreed to the forfeiture of the in personam criminal forfeiture money judgment of $5,261,218 set forth in the Plea Agreement and the Forfeiture Allegations in the Criminal Indictment. Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that MICKEY GINES shall pay a criminal forfeiture money judgment of $5,261,218 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICKEY GINES a criminal forfeiture money judgment in the amount of $5,261,218 in United States Currency.

DATED this 2 day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE