MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-355-GMN-CWH |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION** |
| vs. | |
| MICKEY GINES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through Christina Brown, Assistant United States Attorney, and Defendant MICKEY GINES, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he can travel to the city of Mesa, within the state of Arizona, on September 4, 2014, returning to Las Vegas, Nevada, no later than 11:00 a.m. on September 8, 2014, for the purpose of with celebrating the Labor Day holiday with members of his immediate family and his closest friends .

////

////

////

2. Defendant MICKEY GINES will continue to be subject any and all prohibition(s) pertaining to his use of Internet and email in all other respects.

DATED this 31st day of August, 2015.

DANIEL G. BOGDEN
United States Attorney

_____/s/_____         _____/s/_____
Christina Brown, Esq.                              Mace J. Yampolsky, Esq.
Assistant United States Attorney                   625 South Sixth Street
333 Las Vegas Blvd., S., No. 5000                  Las Vegas, Nevada  89101
Las Vegas, Nevada  89101                           **Counsel for Defendant:**
**Counsel for Plaintiff:**                         Mickey Gines
United States of America

## ORDER

IT IS THEREFORE ORDERED that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he can travel to the city of Mesa, within the state of Arizona, on September 4, 2015, returning no later than 11:00 a.m. on September 8, 2015.

2. Defendant MICKEY GINES will continue to be subject to the prohibition pertaining to his use of Internet and email in all other respects as he has thus far.

DATED this 31st day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court