MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:13-cr-355-GMN-CWH |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY** |
| ) | **CONDITIONS OF PRETRIAL** |
| ) | **RELEASE AND SUPERVISION** |
| vs. ) | |
| ) | |
| MICKEY GINES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant MICKEY GINES, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he can travel to the City of Phoenix, within the State of Arizona, on December 11, 2015, returning to Las Vegas, Nevada, on December 13, 2015.  The purpose of this trip is to pick up a friend (Cristina Urbalejo) so she can attend a wedding in Las Vegas.

////

////

2. Defendant MICKEY GINES will continue to be subject to any and all prohibition(s) pertaining to his use of internet and email and in all other respects.

DATED this 2nd day of December, 2015.

| OFFICE OF THE U.S. ATTORNEY | MACE J. YAMPOLSKY, LTD. |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Daniel J. Cowhig, Esq. | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | 625 South Sixth Street |
| 333 Las Vegas Blvd., S., No. 5000 | Las Vegas, Nevada  89101 |
| Las Vegas, Nevada  89101 | **Counsel for Defendant:** |
| **Counsel for Plaintiff:** | Mickey Gines |
| United States of America | |

### ORDER

IT IS THEREFORE ORDERED that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he can travel to the city of Phoenix, within the State of Arizona, on December 11, 2015, returning no later than December 13, 2015.

2. Defendant MICKEY GINES will continue to be subject to the prohibitions pertaining to his use of internet and email in all other respects as he has thus far.

DATED this ___4___ day of December, 2015.

_____
United States District Judge