MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant* **MICKEY GINES**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:13-cr-355-GMN-CWH |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY** |
| ) | **CONDITIONS OF PRETRIAL** |
| ) | **RELEASE AND SUPERVISION** |
| vs. ) | |
| ) | |
| MICKEY GINES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant MICKEY GINES, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he may travel outside the District of Nevada, specifically, to the Phoenix metro area, Arizona, departing on Friday, February 12, 2016, and returning on Monday, February 15, 2016.

2. The primary reason for this visit is for Mr. Gines to visit with friends and family, namely, Chris Hohlen (469) 583-1828, and Tanya Valdez (719) 360-8494, at their

home located at 628 S. Edgewater Drive, Mesa, AZ 85282, prior to his sentencing on February 25, 2016.

3. Defendant MICKEY GINES will continue to be subject to any and all prohibition(s) pertaining to his use of internet and email and in all other respects.

DATED this 10th day of February, 2016.

| OFFICE OF THE U.S. ATTORNEY | MACE J. YAMPOLSKY, LTD. |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Daniel J. Cowhig, Esq. | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | 625 South Sixth Street |
| 333 Las Vegas Blvd., S., No. 5000 | Las Vegas, Nevada  89101 |
| Las Vegas, Nevada  89101 | **Counsel for Defendant:** |
| **Counsel for Plaintiff:** | Mickey Gines |
| United States of America | |

## **ORDER**

IT IS THEREFORE ORDERED that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he may travel to the Phoenix, Arizona metropolitan area on Friday, February 12, 2016, returning to Las Vegas and the District of Nevada on Monday, February 15, 2016, by automobile for the purpose of visiting with Chris Hohlen and Tanya Valdez.

2. Defendant MICKEY GINES will continue to be subject to the prohibitions pertaining to his use of internet and email in all other respects as he has thus far.

DATED this  11th  day of February, 2016.

_____
United States Magistrate Judge