MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant* **MICKEY GINES**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:13-cr-355-GMN-CWH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | ) | **FOURTH REQUEST** |
| MICKEY GINES, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant Mickey Gines, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant MICKEY GINES' Sentencing Hearing, currently scheduled for February 25, 2016, at the hour of 10:30 a.m., be continued until some date beyond July 25, 2016, the scheduled trial date for Co-Defendant Gregory Villegas, to be determined by the convenience of the Court.

2. Defendant MICKEY GINES testimony, his cooperation and its usefulness can't be evaluated by the United States Attorney until the conclusion of the trial of lead Defendant Gregory Villegas, which commences on or about July 25, 2016.

///

3. The defendant is out of custody and agrees to continuance of the sentencing hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the fourth request to continue sentencing in this case.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DANIEL G. BOGDEN
United States Attorney

| /s/ Daniel J. Cowhig | /s/ Mace J. Yampolsky |
|---|---|
| Daniel J. Cowhig, Esq. | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Gines |
| Counsel for Plaintiff | |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant* **MICKEY GINES**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:13-cr-355-GMN-CWH |
| ) | |
| Plaintiff, ) | **FINDINGS OF FACT AND** |
| ) | **CONCLUSIONS OF LAW** |
| vs. ) | |
| ) | |
| MICKEY GINES, ) | |
| ) | |
| Defendant. ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant MICKEY GINES' Sentencing Hearing is currently scheduled for February 25, 2016 at 10:30 a.m.

2. Defendant MICKEY GINES testimony, his cooperation and its usefulness can't be evaluated by the United States Attorney until the trial of lead defendant Gregory Villegas commences on or about July 25, 2016.

////

3. The defendant is out of custody and agrees to continuance of the sentencing hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the third request to continue sentencing in this case.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

## CONCLUSIONS OF LAW

Based on the fact that Defendant MICKEY GINES' testimony, his cooperation and its usefulness can't be evaluated by the United States Attorney until the trial of lead defendant Gregory Villegas commences on or about July 25, 2016, and based on the fact that counsel for the parties do not object to the continuance, and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would be likely to result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for February 25, 2016, at the hour of 10:30 a.m. be vacated and continued to __August 11, 2016, at 9:00 a.m.__.

_____
UNITED STATES DISTRICT JUDGE
DATED: ___February 24, 2016___