# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cr-00355-GMN-CWH |
| vs. ) | |
| ) | **ORDER** |
| MICKEY GINES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is the proposed modification of release conditions for Defendant Mickey Gines ("Defendant"). (*See* Stipulation, ECF No. 289).  The Court GRANTS the parties' request to modify Defendants' conditions of release but rejects the proposed language.

Instead, **IT IS HEREBY ORDERED** that Defendant's conditions of release are modified as follows:

1.      Defendant's existing restriction from computer and Internet use is hereby removed.  However, Defendant shall **only** use the computers or connecting devices which have Internet, Instant Messaging, IRC Servers and/or the World Wide Web, including but not limited to: PDA's, Cell Phones, iPods, iPads, Tablets, E-Readers, Wii, PlayStation, Xbox or any such device(s) **that are approved by U.S. Pretrial Services, or the supervising officer, for the purposes outlined as follows:**

- Defendant may only use a computer and/or access the internet for school/education purposes.

2.      Defendant shall submit to computer monitoring as directed by U.S. Pretrial Services Office as a reasonable means to assure Defendant's appearance and/or the safety of

the community pursuant to 18 U.S.C. § 3142.  This may include manual inspection and/or the installation of computer monitoring software as deemed appropriate by U.S. Pretrial Services.

3.      Defendant shall provide the password or biometric information necessary to unlock or decrypt such device upon request of the person seizing the device or conducting the search under this condition.

4.      Defendant must pay all or a portion of the costs associated with computer monitoring services based upon his ability to pay as determined by U.S. Pretrial Services or the supervising officer.

5.      Defendant shall continue to be subject to all other restrictions related to his pre-trial release.

**IT IS FURTHER ORDERED** that the Order, (ECF No. 290), regarding the Stipulation is hereby **VACATED** and **STRICKEN** from the record.

**DATED** this __24__ day of February, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge