MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant* **MICKEY GINES**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-355-GMN-CWH |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION** |
| vs. | |
| MICKEY GINES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant MICKEY GINES, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he may travel outside the District of Nevada, specifically, to the Phoenix metro area, Arizona, departing on July 1, 2017, and returning on July 5, 2017.

2. The primary reason for this visit is for Mr. Gines and his daughter to visit with a friend, namely, Chris Hohlen (469) 583-1828, for the 4th of July holiday, at his home located at 628 S. Edgewater Drive, Mesa, AZ 85282.

3. Defendant MICKEY GINES will continue to be subject to any and all prohibition(s) pertaining to the terms of his pre-trial release.

DATED this 15th day of July, 2017.

| OFFICE OF THE U.S. ATTORNEY | MACE J. YAMPOLSKY, LTD. |
|---|---|
| /s/ Daniel J. Cowhig | /s/ Mace J. Yampolsky, Esq. |
| Daniel J. Cowhig, Esq. | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | 625 South Sixth Street |
| 333 Las Vegas Blvd., S., No. 5000 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89101 | **Counsel for Defendant:** |
| **Counsel for Plaintiff:** | Mickey Gines |
| United States of America | |

## **ORDER**

IT IS THEREFORE ORDERED that:

1. Defendant MICKEY GINES' conditions of pre-trial release and supervision shall be modified so that he may travel to the Phoenix, Arizona metropolitan area on July 1, 2017, returning to Las Vegas and the District of Nevada on July 5, 2017, by automobile for the purpose of visiting with Chris Hohlen.

2. Defendant MICKEY GINES will continue to be subject to the prohibitions pertaining to the terms of his pre-trial release.

DATED this 19 day of June, 2017.

_____
United States Magistrate Judge