MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant* **MICKEY GINES**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:13-cr-355-GMN-CWH |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| | ) | |
| vs. | ) | EIGHTH REQUEST |
| | ) | |
| MICKEY GINES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant Mickey Gines, by and through his counsel, Mace J. Yampolsky, Esq., that:

     1.    Defendant MICKEY GINES' Sentencing Hearing, currently scheduled for September 15, 2017, June 22, 2017, at the hour of 10:30 a.m., be continued for a period of one week, to be determined by the convenience of the Court.

     2.    Counsel for Defendant Mickey Gines' will be attending a wedding in Connecticut on September 15, 2017 and, therefore, will not be in the jurisdiction.

///

///

3.    The Defendant is out of custody and agrees to continuance of the sentencing hearing.

4.    The Defendant waives any right he might have to speedy sentencing in this matter.

5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.    This is the eighth request to continue sentencing in this case.

7.    Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 5th day of September, 2017.

OFFICE OF THE U.S. ATTORNEY                    MACE J. YAMPOLSKY, LTD.

_____/s/ Daniel J. Cowhig_____              _____/s/ Mace J. Yampolsky_____
Daniel J. Cowhig                                         Mace J. Yampolsky, Esq.
Assistant United States Attorney                    Counsel for Defendant Gines

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
***Attorney for Defendant*** **MICKEY GINES**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:13-cr-355-GMN-CWH |
| | ) | |
| Plaintiff, | ) | **FINDINGS OF FACT AND** |
| | ) | **CONCLUSIONS OF LAW** |
| | ) | |
| vs. | ) | |
| | ) | |
| MICKEY GINES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>FINDINGS OF FACT</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the

Court hereby finds that:

1. Defendant MICKEY GINES' Sentencing Hearing is currently scheduled for September
   15, 2017, at 10:30 a.m.

2. Counsel for Defendant Mickey Gines' will be attending a wedding in Connecticut on
   September 15, 2017 and, therefore, will not be in the jurisdiction.

3. The Defendant is out of custody and agrees to continuance of the sentencing hearing.

4. The Defendant has waived any right he might have to speedy sentencing in this
   matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the eighth request to continue sentencing in this case.

7. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

## **CONCLUSIONS OF LAW**

Based on the fact that counsel for Defendant MICKEY GINES will be out of the jurisdiction on September 15, 2017, and based on the fact that counsel for the parties do not object to the continuance, and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would be likely to result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for September 15, 2017, at the hour of 10:30 a.m. be vacated and continued to Thursday, September 28, 2017 at 11:00 a.m. in Courtroom 7C.

_____
UNITED STATES DISTRICT JUDGE
DATED: September 11, 2017