MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant* **MICKEY GINES**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:13-cr-355-GMN-CWH |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| | ) | |
| vs. | ) | NINTH REQUEST |
| | ) | |
| MICKEY GINES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant Mickey Gines, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Mickey Gines' Sentencing Hearing, currently scheduled for September 28, 2017, at the hour of 11:00 a.m., be continued for a minimum of six months, to be determined by the convenience of the Court.

2. The parties met and conferred today, September 19, 2017. The parties agree the sentencing of Defendant Gines is not yet ripe. The parties request the Court continue sentencing for approximately six months.

3. The Defendant is out of custody and agrees to continuance of the sentencing hearing.

4. The Defendant waives any right he might have to speedy sentencing in this matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the ninth request to continue sentencing in this case.

7. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 19th day of September, 2017.

| OFFICE OF THE U.S. ATTORNEY | MACE J. YAMPOLSKY, LTD. |
|---|---|
| /s/ Daniel J. Cowhig | /s/ Mace J. Yampolsky |
| Daniel J. Cowhig | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Gines |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:13-cr-355-GMN-CWH |
| ) | |
| Plaintiff, ) | **FINDINGS OF FACT AND** |
| ) | **CONCLUSIONS OF LAW** |
| ) | |
| vs. ) | |
| ) | |
| MICKEY GINES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant MICKEY GINES' Sentencing Hearing is currently scheduled for September 28, 2017, at 11:00 a.m.

2. The parties met and conferred on September 19, 2017. The parties agree the sentencing of Defendant Gines is not yet ripe. The parties request the Court continue sentencing for approximately six months.

3. The Defendant is out of custody and agrees to continuance of the sentencing hearing.

4. The Defendant has waived any right he might have to speedy sentencing in this matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the ninth request to continue sentencing in this case.

7. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

**CONCLUSIONS OF LAW**

Based on the fact that the parties met and conferred on September 19, 2017, and the parties agree the sentencing of Defendant Gines is not yet ripe, and based on the fact that counsel for the parties do not object to the continuance, and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would be likely to result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for September 28, 2017, at the hour of 11:00 a.m. be vacated and continued to

<u>Friday, March 30, 2018 at 10:00 a.m.</u> in Courtroom 7C.

_____
UNITED STATES DISTRICT JUDGE
DATED: _____September 21, 2017_____

- 4 -