MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Tel: (702) 385-9777
Fax: (702) 385-3001
mace@macelaw.com
*Attorney for Defendant* **MICKEY GINES**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:13-cr-355-GMN-CWH |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| | ) | |
| vs. | ) | TENTH REQUEST |
| | ) | |
| MICKEY GINES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant Mickey Gines, by and through his counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Mickey Gines' Sentencing Hearing, currently scheduled for March 30, 2018, at the hour of 10:00 a.m., be continued for a period not to exceed sixty days, to be determined by the convenience of the Court.

2. The parties met and conferred on March 26, 2018. The parties agree the sentencing of Defendant Gines is not yet ripe. The parties request the Court continue sentencing for approximately sixty days.

3. The Defendant is out of custody and agrees to continuance of the sentencing hearing.

4. The Defendant waives any right he might have to speedy sentencing in this matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the tenth request to continue sentencing in this case.

7. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 27th day of September, 2017.

| OFFICE OF THE U.S. ATTORNEY | MACE J. YAMPOLSKY, LTD. |
|---|---|
| /s/ Daniel J. Cowhig | /s/ Mace J. Yampolsky |
| Daniel J. Cowhig | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Gines |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:13-cr-355-GMN-CWH |
| ) | |
| Plaintiff, ) | **FINDINGS OF FACT AND** |
| ) | **CONCLUSIONS OF LAW** |
| ) | |
| vs. ) | |
| ) | |
| MICKEY GINES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant MICKEY GINES' Sentencing Hearing is currently scheduled for March 30, 2018, at 11:00 a.m.

2. The parties met and conferred on March 26, 2018. The parties agree the sentencing of Defendant Gines is not yet ripe. The parties request the Court continue sentencing for approximately sixty days.

3. The Defendant is out of custody and agrees to continuance of the sentencing hearing.

4. The Defendant has waived any right he might have to speedy sentencing in this matter.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the tenth request to continue sentencing in this case.

7. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

## CONCLUSIONS OF LAW

Based on the fact that the parties met and conferred on March 26, 2018, and the parties agree the sentencing of Defendant Gines is not yet ripe, and based on the fact that counsel for the parties do not object to the continuance, and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would be likely to result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for March 30, 2018, at the hour of 11:00 a.m. be vacated and continued to Thursday, June 28, 2018, at 10:30 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

IT IS FURTHER ORDERED that this is a firm sentencing date and no further continuances will be granted without a hearing to demonstrate a sufficient basis for delay.

_____
UNITED STATES DISTRICT JUDGE
DATED: March 27, 2018