✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-355-GMN-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| MICKEY GINES, | |
| Defendant. | |

This Court found that Mickey Gines shall pay the in personam criminal forfeiture money judgment of $5,261,218 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 156; Plea Agreement, ECF No. 157; Order of Forfeiture, ECF No. 158.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $616,046.86.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Mickey Gines the in personam criminal forfeiture money judgment

of $616,046.86, not to be held jointly and severally liable with any codefendants, with the total amount collected not to exceed $5,908,726.38, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 9 day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE